UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81597-CIV-MARRA

REBECCA C. WILES, Individually
and on Behalf of All Others
Similarly Situated,

    Plaintiff(s),

vs.

PALM SPRINGS GRILL, LLC d/b/a
WILD WEST GENTLEMEN'S CLUB;
ROBERT CICERONI, individually, and
CARRAN SCHNEIDER, indivivudally,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (DE 33). The Court has carefully reviewed the file and the Settlement Agreement in order to "scrutiniz[e] the settlement agreement for fairness" in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355.

Accordingly, it is **ORDERED and ADJUDGED** that the Settlement Agreement among the parties is **APPROVED**. The above-styled action is **DISMISSED WITH PREJUDICE** with

all pending motions **DENIED AS MOOT**. The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of January, 2017.

_____
KENNETH A. MARRA
United States District Judge